LAURA GARLOCK, APPELLANT, *v.* WILLIAM CLARK, JR., RESPONDENT.

APPEAL from a judgment in favor of the defendant, entered upon the report of a referee. BOOKES, P. J., in delivering the opinion of the General Term, says: "It is sufficient for the disposition of this appeal, to say that the judgment directed by the referee, is the necessary and logical sequence of the facts found; and that all disputed facts are found in favor of the defendànt on a conflict of evidence."

*J. M. Carroll*, for the appellant.

*J. E. Dewéy*, for the respondent.

Opinion by BOOKES, P. J.

Present — BOOKES, P. J., LANDON and COUNTRYMAN, JJ.

Judgment affirmed, with costs.